**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.N. LBR 9004-1(b)**
Denise Carlon, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for Ditech Financial LLC

Case No: 13-33342 JNP

Chapter: 13

In Re:

Keith T. Spence

                    Debtor

Judge: Jerrold N. Poslusny Jr.

**NOTICE OF APPEARANCE**

        Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Ditech Financial LLC.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

104 North New Road,  Pleasantville, NJ 08232

DOCUMENTS:

☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐  All documents and pleadings of any nature.
Date:09/21/2017

                                        **/s/ Denise Carlon, Esquire**
                                        Denise Carlon, Esquire
                                        Brian C. Nicholas, Esquire
                                        **KML Law Group, P.C.**
                                        216 Haddon Avenue, Ste. 406
                                        Westmont, NJ 08108
                                        (609) 250-0700 (NJ)
                                        (215) 627-1322 (PA)
                                        FAX: (609) 385-2214
                                        Attorney for Movant/Applicant

*new 8/1/15*