

Wells Fargo Bank, N.A.
PO Box 5058
Portland, OR 97208-5058

Date 05/14/2018

ISABEL C BALBOA
CHERRY TREE CORPORATE CENTER
535 ROUTE 38 SUITE 580
CHERRY HILL NJ 08002

Subject: Proof of Claim payment address update notification

Dear Trustee: ISABEL C BALBOA

We are reaching out to let you know that Wells Fargo Bank N.A. has made a change to the payment address for proof of claim filings on deposit accounts.

**What you need to know**

Previously a claim was filed for Bankruptcy case #13-33342 for KEITH T. SPENCE under claim #04. This claim requests that payments be sent to PO Box 63491, San Francisco CA 94163, which is the location where we have received a prior payment from your office. Please note the new address that payments should be sent to is Wells Fargo Bank, N.A., PO Box 45038, Jacksonville, FL 32232

**We're here to help**

If you have questions or concerns regarding this matter, please contact us at 503-614-5759 Monday through Friday from 6:00 a.m. to 2:30 p.m. Pacific Standard Time. For people with hearing or speech disabilities, we accept telecommunications relay service calls.

Regards,

*[signature]*

Selina Tu
Operations Processor
Overdraft Deposit Collections and Recovery Department