Printed on: 01/27/2019  
ISABEL C. BALBOA [*ICB-99001-00*]  
Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/1900 to 01/01/1900  
**Case Number: 13-33342 (JNP)**

Keith T. Spence  
104 N New Road  
Pleasantville, NJ  08232

Monthly Payment: $0.00  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|------------|------------|-------------|------------------|
| 0 | KEITH T. SPENCE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $3,537.55 | $3,537.55 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $207.26 | $207.26 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $922.19 | $922.19 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $357.64 | $357.64 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $410.85 | $410.85 | $0.00 | $410.85 |
| 1 | ATLANTIC EMERGENCY ASSOC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ATLANTIC EMERGENCY ASSOCIATES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ATLANTIC PATHOLOGY, P.C. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ATLANTICARE REGIONAL MED CTR-CITY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | BARCLAYS BANK DELAWARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | BAYFRONT EMERGENCY PHYSICIANS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CAVALRY INVESTMENTS, LLC | 33 | $6,043.38 | $774.52 | $5,268.86 | $382.26 |
| 9 | GREEN TREE SERVICING, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CitiFinancial | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CITIBANK SD NA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | CITIFINANCIAL, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | CITIFINANCIAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | COLLECTIONS & RECOVERIES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | COMCAST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | HSBC BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | MARY SPENCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | CITY OF PLEASANTVILLE | 24 | $870.00 | $870.00 | $0.00 | $0.00 |
| 24 | SHORE MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | SHORE MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | SHORE MEMORIAL HOSPITAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | STATE OF NEW JERSEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | HOME DEPOT CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | VERIZON | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | WELLS FARGO BANK, N.A. | 33 | $3,539.44 | $453.61 | $3,085.83 | $223.88 |
| 32 | WFF Cards | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | WELLS FARGO BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | GREEN TREE SERVICING, LLC | 13 | $531.00 | $531.00 | $0.00 | $531.00 |
| 39 | CAVALRY INVESTMENTS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | GREEN TREE SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | GREEN TREE SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | WELLS FARGO BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | WELLS FARGO BANK, N.A. | 33 | $286.97 | $36.78 | $250.19 | $18.15 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2013 | 19.00 | $0.00 |
| 06/01/2015 | Paid to Date | $3,220.00 |
| 07/01/2015 | 31.00 | $134.00 |
| 02/01/2018 | 9.00 | $185.00 |
| 11/01/2018 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $0.00 |
| Total paid to creditors this period: | $1,566.14 |
| Undistributed Funds on Hand: | $128.52 |
| Arrearages: | $168.00 |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**