Certificate Number: 01267-NJ-DE-032702284

Bankruptcy Case Number: 13-33342



01267-NJ-DE-032702284

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 22, 2019</u>, at <u>9:02</u> o'clock <u>AM CDT</u>, <u>Keith T Spence</u> completed a course on personal financial management given <u>by internet</u> by <u>Money Management International, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>April 22, 2019</u>

By:  <u>/s/Cristina Gonzalez</u>

Name:  <u>Cristina Gonzalez</u>

Title:  <u>Counselor</u>