**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Keith T. Spence<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5372<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–33342–JNP | |

# Order of Discharge                                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Keith T. Spence

   5/1/19                                                               **By the court:** Jerrold N. Poslusny Jr.
                                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 13-33342-JNP
Keith T. Spence                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: May 01, 2019
                              Form ID: 3180W           Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
db           +Keith T. Spence,    104 N New Road,    Pleasantville, NJ 08232-2322
514306681     Atlantic Emergency Assoc,    c/o Patient Financial Services,    30 Washington Ave   Ste C-6,
               Haddonfield, NJ 08033-3341
514306682     Atlantic Emergency Associates,    PO Box 88087,    Chicago, IL 60680-1087
514306683     Atlantic Pathologists PC,    PO Box 95000 2705,    Philadelphia, PA 19195-2705
514306686    +Bayfront Emergency Physicians,    PO Box 3012,    Wilmington, DE 19804-0012
514306689    +Chase Home Finance,    PO Box 78420,   Phoenix, AZ 85062-8420
514306694     CitiFinancial,    c/o Bankruptcy Dept.,    PO Box 140489,    Irving, TX 75014-0489
514306695    +Citifinancial,    605 Munn Road,    C/S Care Dept,    Fort Mill, SC 29715-8421
514306697    +Coll & Recoveries Plea,    331 Tilton Road,    Northfield, NJ 08225-1201
514306699     GMAC Mortgage,    3451 Hammond Ave.,    PO Box 780,    Waterloo, IA 50704-0780
514306704    +Pleasantville City Sewage,    City of Pleasantville,    18 N First Street,
               Pleasantville, NJ 08232-2647
514306706    +Shore Medical Center OP,    c/o Collections & Recoveries,    331 Tilton Road,
               Northfield, NJ 08225-1201
514306708     State of New Jersey,    Department of Labor and Workforce,    PO Box 951,
               Trenton, NJ 08625-0951
514580327    +Wells Fargo Bank,    PO Box 45038,    Jacksonville, FL 32232-5038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov May 02 2019 01:24:30     U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 02 2019 01:24:27     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr           +E-mail/Text: bankruptcy.bnc@ditech.com May 02 2019 01:24:05
               Green Tree Servicing LLC, as authorized servicer f,    Green Tree Servicing LLC,   PO Box 6154,
               Rapdi City, SD 57709-6154
514306684     E-mail/Text: nicole.watts@atlanticare.org May 02 2019 01:23:29
               Atlanticare Regional Med Ctr-City,    PO Box 786361,    Philadelphia, PA 19178-6361
514306685    +EDI: TSYS2.COM May 02 2019 04:58:00      Barclays Bank Delaware,    125 South West Street,
               Wilmington, DE 19801-5014
514306688     E-mail/Text: bankruptcy@cavps.com May 02 2019 01:24:50     Cavalry Portfolio Service,
               4050 E. Cotton Center Blvd.,    Bldg 2,   Suite 20,    Phoenix, AZ 85040
514306687    +EDI: MID8.COM May 02 2019 04:58:00      Capital One Bank,    c/o Midland Funding,
               8875 Aero Drive   Ste 200,    San Diego, CA 92123-2255
514336089    +E-mail/Text: bankruptcy@cavps.com May 02 2019 01:24:50     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
514306690    +EDI: CITICORP.COM May 02 2019 04:58:00      Citibank NA,    701 E 60th St. N,
               Sioux Falls, SD 57104-0493
514306691     EDI: CITICORP.COM May 02 2019 04:58:00      Citibank SD NA,    PO Box 6241,
               Sioux Falls, SD 57117-6241
514306692    +EDI: CITICORP.COM May 02 2019 04:58:00      Citicards CBNA,    701 E 60th Street,
               Sioux Falls, SD 57104-0432
514306696     E-mail/Text: cms-bk@cms-collect.com May 02 2019 01:24:06     Citifinancial,
               c/o Capital Management Services LP,    698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
514306698     EDI: COMCASTCBLCENT May 02 2019 04:58:00      Comcast,    PO Box 3006,
               Southeastern, PA 19398-3006
514374097     E-mail/Text: bankruptcy.bnc@ditech.com May 02 2019 01:24:05     Green Tree Servicing, LLC,
               PO Box 6154,    Rapid City, SD 57709-6154
514372397    +E-mail/Text: bankruptcy.bnc@ditech.com May 02 2019 01:24:05     Green Tree Servicing, LLC,
               PO BOX 0049,    Palatine, IL 60055-0049,    Telephone number 60055-0049
514306700    +EDI: HFC.COM May 02 2019 04:58:00      HSBC Bank,    PO Box 5253,   Carol Stream, IL 60197-5253
514306702    +EDI: MID8.COM May 02 2019 04:58:00      Midland Credit Mgmt,    8875 Aero Drive,
               San Diego, CA 92123-2255
514306703    +EDI: MID8.COM May 02 2019 04:58:00      Midland Credit Mgmt In,    8875 Aero Drive   Ste 200,
               San Diego, CA 92123-2255
514306705    +E-mail/Text: jboehler@shorememorial.org May 02 2019 01:25:42     Shore Medical Center,
               100 Medical Center Way,    Somers Point, NJ 08244-2300
514306707     E-mail/Text: jboehler@shorememorial.org May 02 2019 01:25:42     Shore Memorial Hospital,
               1 E. New York Ave,    Somers Point, NJ 08244
514306709     EDI: CITICORP.COM May 02 2019 04:58:00      The Home Depot,    PO Box 6497,
               Sioux Falls, SD 57117-6497
514306711    +EDI: VERIZONCOMB.COM May 02 2019 04:58:00      Verizon NJ,    500 Technoloby Drive,
               Weldon Spring, MO 63304-2225
514306710    +EDI: VERIZONCOMB.COM May 02 2019 04:58:00      Verizon New Jersey,    c/o Midland Funding,
               8875 Aero Drive Ste 200,    San Diego, CA 92123-2255
514306713    +EDI: WFFC.COM May 02 2019 04:58:00      WF Financial Cards,    800 Walnut Street,
               Des Moines, IA 50309-3605
514306714    +EDI: WFFC.COM May 02 2019 04:58:00      WFF Cards,    3201 N 4th Ave.,
               Sioux Falls, SD 57104-0700
514306712    +E-mail/Text: bankruptcy@cavps.com May 02 2019 01:24:51     Wells Fargo Bank,
               c/o Cavalry Portfolio Svcs,    500 Summit lake Drive  Ste 4A,    Valhalla, NY 10595-2323
514642366    +EDI: WFFC.COM May 02 2019 04:58:00      Wells Fargo Bank,    PO Box 5058,   MAC P6053-021,
               Portland, OR 97208-5058

```
District/off: 0312-1          User: admin              Page 2 of 2             Date Rcvd: May 01, 2019
                              Form ID: 3180W           Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
514406958       EDI: WFFC.COM May 02 2019 04:58:00      Wells Fargo Bank NA,    PO Box 10438,
                Des Moines IA   50306-0438
                                                                                          TOTAL: 28

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514306701       Mary Spence,    same as debtor
514306693*     +Citicards CBNA,    701 E 60th Street,    Sioux Falls, SD 57104-0432
                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Debtor Keith T. Spence jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Keith T. Spence jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for
                Fannie Mae, as owner and holder of account/contract originated by GMAC Mortgage Corporation
               dnj@pbslaw.org
              Stephanie F. Ritigstein    on behalf of Debtor Keith T. Spence jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
                                                                                           TOTAL: 8
```